UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:10-CR-00036-BR-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ANTHONY SANDERS | ) | |
| Defendant. | ) | |

This matter is before the court on the government's motion to seal Docket Entry Number 38. For good cause shown, the motion is ALLOWED.

This 17 September 2010.

_____
W. Earl Britt
Senior U.S. District Judge